IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAUNTEL JENNINGS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| VS. | )   No.   3:12-0760 |
| | )   JURY DEMAND |
| WAL-MART STORES EAST, L.P., | )   JUDGE TRAUGER |
| | )   MAGISTRATE JUDGE KNOWLES |
|    Defendant. | ) |

**ORDER GRANTING THE PARTIES' MOTION TO EXTEND DEADLINE
FOR COMPLETION OF FACT/PARTY DEPOSITIONS**

It appears to the Court that the parties have filed a joint Motion to extend the deadline for fact and party depositions. Based on the Court's study of the filed materials, the statements in the parties' respective Motion, and this Court's consideration of this matter as a whole, this Honorable Court finds that the joint Motion is well taken and hereby grants same accordingly.

It is therefore **ORDERED** that the Order entered on November 20, 2012 [DE#9] is hereby modified as follows:

1.     All fact and party depositions shall be completed by October 1, 2013.

All other deadlines including, but not limited to, the October 15, 2013 deadline for filing dispositive Motions and the July 8, 2014 trial in this matter shall not be affected by this Order.

**IT IS SO ORDERED** this 12th day of August, 2013.

_____
HONORABLE JUDGE ALETA ARTHUR TRAUGER